Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: 314-552-6000
Facsimile: 314-552-7469
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BEDWELL, KATHY ANDERSON, and GEORGE ZEMITIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMDOCS, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-05565-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINES**<br><br>Judge:　　Susan Y. Illston |

Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:  314-552-6000
Facsimile:  314-552-7417
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.


LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey (State Bar No. 65744)
thomaswfalvey@gmail.com
J.D. Henderson (State Bar No. 235767)
Hendersonj2004@gmail.com
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone:  626-795-0205
Facsimile:  626-795-3026

V James DeSimone (State Bar No. 119668)
vjdesimone@gmail.com
Michael D. Seplow (State Bar No. 150183)
mseplow@gmail.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone:  310-396-0731
Facsimile:  310-396-0731

Lawrence A. Bohm (State Bar No. 208716)
LBohm@Bohmlaw.com
BOHM LAW GROUP
4600 Northgate Blvd Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Fax: (916) 927-2046

Attorneys for Plaintiffs

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

WHEREAS, on December 2, 2013, Plaintiffs John Bedwell, Kathy Anderson, and George Zemitis (collectively, "Plaintiffs") filed a Complaint for Damages ("Complaint") against Defendant Amdocs, Inc. ("Amdocs");

WHEREAS, the instant action was assigned to this Court because it is considered to be related to the action known as *Santiago et al. v. Amdocs, Inc.*, Case No. C10-4317 SI ("*Santiago*");

WHEREAS, on February 4, 2014, Amdocs was served with the Complaint and a summons;

WHEREAS, the current deadline for Amdocs to answer, move or otherwise respond to the Complaint is February 25, 2014;

WHEREAS, the current deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26 is February 21, 2014;

WHEREAS, the current deadline for the parties to submit a Federal Rule of Civil Procedure 26(f) report and Joint Case Management Statement is February 26, 2014;

WHEREAS, a case management conference is scheduled for 2:00 p.m. on March 14, 2014;

WHEREAS, this parties resolved *Santiago* during a settlement conference on February 20, 2014;

WHEREAS, in light of the resolution of *Santiago*, the parties are hopeful that they will now be able to reach an amicable resolution of the instant action before they incur the time and expense of the above-referenced activities; and

WHEREAS, the parties believe that there is good cause for a continuance of each of these deadlines by 30 days;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the above deadlines be continued as follows:

1. The deadline for Amdocs to answer, move or otherwise respond to the Complaint shall be March 27, 2014;

2. The deadline for the parties to meet and confer pursuant to Rule 26 shall be March 24, 2014;

3. The deadline for the parties to submit a Rule 26(f) report and Joint Case Management Statement shall be March 28, 2014; and

4. The case management conference shall be continued until 2:00 pm on April 18, 2014.

DATED:  February 21, 2014         THOMPSON COBURN LLP
                                  EPSTEIN BECKER & GREEN, P.C.


                            By:   */s/ Laura M. Jordan*
                                  Laura M. Jordan
                                  R. Nelson Williams
                                  Michael S. Kun
                                  Attorneys for Defendant
                                  AMDOCS, INC.

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

1 | DATED: February 21, 2014     SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP

By:  */s/ Michael D. Seplow*
V. James DeSimone
Michael D. Seplow
J.D. Henderson
Attorneys for Plaintiffs
JOHN BEDWELL, KATHY ANDERSON, AND GEORGE ZEMITIS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __2/25__, 2014

_[signature]_
Hon. Susan Y. Illston

- 4 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI