1 | Laura M. Jordan (admitted pro hac vice)
2 | R. Nelson Williams (admitted pro hac vice)
  | THOMPSON COBURN LLP
3 | One US Bank Plaza
  | St. Louis, Missouri 63101
4 | Telephone: 314-552-6000
  | Facsimile: 314-552-7469
5 | ljordan@thompsoncoburn.com
  | rwilliams@thompsoncoburn.com
6 |
7 | Michael S. Kun (State Bar No. 208684)
  | EPSTEIN BECKER & GREEN, P.C.
  | 1925 Century Park East, Suite 500
8 | Los Angeles, California 90067
  | Telephone: 310-556-8861
9 | Facsimile: 310-553-2165
  | mkun@ebglaw.com
10 |
11 | Attorneys for Defendant
   | AMDOCS, INC.
12 | (Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN BEDWELL, KATHY ANDERSON, and GEORGE ZEMITIS, | CASE NO. 3:13-cv-05565-SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINES** |
| v. | Judge:    Susan Y. Illston |
| AMDOCS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:  314-552-6000
Facsimile:  314-552-7417
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.


LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey (State Bar No. 65744)
thomaswfalvey@gmail.com
J.D. Henderson (State Bar No. 235767)
Hendersonj2004@gmail.com
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone:  626-795-0205
Facsimile:  626-795-3026

V James DeSimone (State Bar No. 119668)
vjdesimone@gmail.com
Michael D. Seplow (State Bar No. 150183)
mseplow@gmail.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone:  310-396-0731
Facsimile:  310-396-0731

Lawrence A. Bohm (State Bar No. 208716)
LBohm@Bohmlaw.com
BOHM LAW GROUP
4600 Northgate Blvd Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Fax: (916) 927-2046

Attorneys for Plaintiffs

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

WHEREAS, on December 2, 2013, Plaintiffs John Bedwell, Kathy Anderson, and George Zemitis (collectively, "Plaintiffs") filed a Complaint for Damages ("Complaint") against Defendant Amdocs, Inc. ("Amdocs");

WHEREAS, on March 27, 2014, Amdocs filed a Motion to Dismiss pursuant to FRCP 12(b)(6) and a Motion to Sever pursuant to FRCP 20(a);

WHEREAS, on April 7, 2014, the parties entered into a joint stipulation wherein Plaintiffs were granted an extension of time, up to May 2, 2014, to respond to Amdocs's motions;

WHEREAS, on May 2, 2014, in lieu of responding to Amdocs's Motion to Dismiss, Plaintiffs filed a First Amended Complaint for Damages ("FAC");

WHEREAS, on May 2, 2014, Plaintiffs filed a Memorandum of Points and Authorities in Support of Opposition to Defendant Amdocs's Motion to Sever;

WHEREAS, the current deadline for Amdocs to file a reply in support of its Motion to Sever is May 23, 2014;

WHEREAS, the current deadline for Amdocs to file a response to Plaintiffs' FAC is June 2, 2014;

WHEREAS, a hearing on the Motion to Sever is currently scheduled for June 6, 2014;

1
2    WHEREAS, the case management conference is currently scheduled for
3    2:30 p.m. on June 27, 2014;
4
5    WHEREAS, due to business demands, counsel for Plaintiffs will be
6    unavailable for the case management conference on June 27, 2014;
7
8    WHEREAS, Amdocs requests, and Plaintiffs do not oppose, a continuance
9    of the current deadline to file a reply in support of its Motion to Sever until June
10   20, 2014;
11
12   WHEREAS, the parties request that the case management conference and
13   hearing on the Motion to Sever be continued to July 11, 2014.
14
15   THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
16   through their counsel of record, that the above deadlines be continued as follows:
17       1.   The deadline for Amdocs to file a reply in support of its Motion to
18            Sever is extended to June 20, 2014;
19       2.   The case management conference and hearing on Amdocs's Motion to
20            Sever are continued until July 11, 2014.
21
22   DATED: May 21, 2014                THOMPSON COBURN LLP
23                                      EPSTEIN BECKER & GREEN, P.C.
24
25
26                            By:   */s/ Laura M. Jordan*
                                    Laura M. Jordan
27                                  R. Nelson Williams
                                    Michael S. Kun
28                                  Attorneys for Defendant
                                    AMDOCS, INC.

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

1

2  DATED: May 21, 2014        SCHONBRUN DESIMONE SEPLOW HARRIS
                              & HOFFMAN LLP
3

4
                              By:   */s/ Michael D. Seplow*
5                                   V. James DeSimone
                                    Michael D. Seplow
6                                   J.D. Henderson
                                    Attorneys for Plaintiffs
7                                   JOHN BEDWELL, KATHY ANDERSON,
                                    AND GEORGE ZEMITIS
8

9

10

11        PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13  DATED: ___5/22_____, 2014

14

15                                  _____
                                    Hon. Susan Y. Illston
16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI