1  Laura M. Jordan (admitted pro hac vice)
2  R. Nelson Williams (admitted pro hac vice)
   THOMPSON COBURN LLP
3  One US Bank Plaza
   St. Louis, Missouri 63101
4  Telephone:  314-552-6000
   Facsimile:  314-552-7469
5  ljordan@thompsoncoburn.com
   rwilliams@thompsoncoburn.com
6
   Michael S. Kun (State Bar No. 208684)
7  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
8  Los Angeles, California 90067
   Telephone:  310-556-8861
9  Facsimile:  310-553-2165
   mkun@ebglaw.com
10
   Attorneys for Defendant
11 AMDOCS, INC.

12 (Additional counsel listed on next page)

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | JOHN BEDWELL, KATHY ANDERSON, and GEORGE ZEMITIS, | CASE NO. 3:13-cv-05565-SI |
   |---|---|
   | Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERNCE AND HEARING ON MOTION TO SEVER BY ONE WEEK** |
   | v. | |
   | AMDOCS, INC. and DOES 1 through 10, inclusive, | Judge:    Susan Y. Illston |
   | Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: 314-552-6000
Facsimile: 314-552-7417
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey (State Bar No. 65744)
thomaswfalvey@gmail.com
J.D. Henderson (State Bar No. 235767)
Hendersonj2004@gmail.com
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: 626-795-0205
Facsimile: 626-795-3026

V James DeSimone (State Bar No. 119668)
vjdesimone@gmail.com
Michael D. Seplow (State Bar No. 150183)
mseplow@gmail.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: 310-396-0731
Facsimile: 310-396-0731

Lawrence A. Bohm (State Bar No. 208716)
LBohm@Bohmlaw.com
BOHM LAW GROUP
4600 Northgate Blvd Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Fax: (916) 927-2046

Attorneys for Plaintiffs

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
- CASE NO. 3:13-CV-05565-SI

WHEREAS, on December 2, 2013, Plaintiffs John Bedwell, Kathy Anderson, and George Zemitis (collectively, "Plaintiffs") filed a Complaint for Damages ("Complaint") against Defendant Amdocs, Inc. ("Amdocs");

WHERAS, the Case Management Conference in this case is presently set for July 11, 2014 at 3:00 p.m.

WHEREAS, a hearing on Defendant's Motion to Sever, which has been fully briefed is set for July 11, 2014 at 9:00 a.m.

WHERAS, counsel for both Plaintiffs and Defendant have calendar conflicts on July 11 and respectfully request that the Case Management Conference and the hearing on Defendant's Motion to Sever be continued until July 18, 2014,

WHERAS, counsel for both Plaintiffs and Defendant respectfully request that the Case Management Conference and the hearing on Defendant's Motion to Sever be heard at the same time, preferably 3:00 pm on July 18, 2014 and that counsel be permitted to appear telephonically.

///
///
///

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that:

1. The Case Management Conference is continued from July 11 until July 18 at 3:00 p.m.

2. The hearing on Defendant's motion to sever is continued until July 18, 2014 at ~~3:00 p.m.~~ 9:00 a.m.

3. The parties may appear telephonically., subject to making arrangements with the clerk.

DATED: June 30, 2014     THOMPSON COBURN LLP

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Laura M. Jordan*
      Laura M. Jordan
      R. Nelson Williams
      Michael S. Kun
      Attorneys for Defendant
      AMDOCS, INC.

DATED: June 30, 2014     SCHONBRUN DESIMONE SEPLOW
                         HARRIS & HOFFMAN LLP

By:   */s/ Michael D. Seplow*
      V. James DeSimone
      Michael D. Seplow
      Attorneys for Plaintiffs
      JOHN BEDWELL, KATHY ANDERSON,
      AND GEORGE ZEMITIS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/1, 2014

_____
Hon. Susan Y. Illston