Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: 314-552-6000
Facsimile: 314-552-7469
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BEDWELL, | CASE NO. 3:13-cv-05565-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES** |
| v. | Judge:    Susan Y. Illston |
| AMDOCS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

2  Thomas W. Falvey (SBN 65744)
   thomaswfalvey@gmail.com
3  Michael H. Boyamian (SBN 256107)
   mike.falveylaw@gmail.com
4  LAW OFFICES OF THOMAS W. FALVEY
   550 North Brand Boulevard, Suite 1500
5  Glendale, CA 91203
   Telephone: (818) 547-5200
6  Fax: (800) 500-9307

7  V James DeSimone (State Bar No. 119668)
   vjdesimone@gmail.com
8  Michael D. Seplow (State Bar No. 150183)
   mseplow@gmail.com
9  SCHONBRUN DESIMONE SEPLOW
   HARRIS & HOFFMAN LLP
10 723 Ocean Front Walk
   Venice, California 90291
11 Telephone:  310-396-0731
   Facsimile:  310-396-0731
12
   Lawrence A. Bohm (State Bar No. 208716)
13 LBohm@Bohmlaw.com
   BOHM LAW GROUP
14 4600 Northgate Blvd Ste 210
   Sacramento, CA 95834
15 Telephone: (916) 927-5574
   Fax: (916) 927-2046
16

17 Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

- 1 -

2   WHEREAS, a Case Management Conference ("CMC") in this case is
3   presently set for September 19, 2014 at 3:00 p.m.

4   WHEREAS, at the prior CMC on July 18, 2014, the parties informed the
5   Court that they were engaged in informal discussions to attempt to resolve the
6   claims in this case and in the two related cases against Amdocs, (*Anderson v
7   Amdocs*, No. 14 CV 3483 and *Zemitis v Amdocs*, No. 14 CV 3485);

8   WHEREAS, the parties are continuing these informal discussions, which
9   have been delayed due to counsels' schedules, as well as the recent military
10  conflict in Israel (where Defendant Amdocs is based);

11  WHEREAS, if the parties are unable to reach an informal resolution by
12  October 20, 2014, they will request that this matter and the related matters be
13  referred to the Hon. Kandis A. Westmore, the Magistrate Judge who helped
14  facilitate the settlement of the related *Santiago* case earlier this year, for a
15  settlement conference.

26  ///
27  ///
28  ///

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that:

1. The Case Management Conference set for September 19, 2014 be taken off calendar; and

2. The parties will file a joint status report on or before October 20, 2014 in which they will apprise the Court of the status of their settlement discussions and if necessary request that this case and the related cases be sent to the Hon. Kandis Westmore, Magistrate Judge, for a settlement conference.

3. The Case Management Conference is continued to 11/21/14 at 3:00 p.m.

DATED: September 10, 2014          THOMPSON COBURN LLP

                                                           EPSTEIN BECKER & GREEN, P.C.

                                         By:    */s/ Laura M. Jordan*
                                                   Laura M. Jordan
                                                   R. Nelson Williams
                                                   Michael S. Kun
                                                   Attorneys for Defendant
                                                   AMDOCS, INC.

DATED: September 10, 2014          SCHONBRUN DESIMONE SEPLOW
                                         HARRIS & HOFFMAN LLP

                                         By:    */s/ Michael D. Seplow*
                                                 V. James DeSimone
                                                 Michael D. Seplow
                                                 Attorneys for Plaintiff
                                                 JOHN BEDWELL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/10 , 2014

                                                                    Hon. Susan Y. Illston