Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:  314-552-6000
Facsimile:  314-552-7469
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BEDWELL, | CASE NO. 3:13-cv-05565-SI |
| Plaintiff, | JOINT STATUS REPORT |
| v. | Judge:     Susan Y. Illston |
| AMDOCS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey (State Bar No. 65744)
thomaswfalvey@gmail.com
550 No. Brand Blvd., Suite 1500
Glendale, CA 91203
Tel.   818-547-5200
Fax.   818-500-9307

V James DeSimone (State Bar No. 119668)
vjdesimone@gmail.com
Michael D. Seplow (State Bar No. 150183)
mseplow@gmail.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone:  310-396-0731
Facsimile:  310-396-0731

Lawrence A. Bohm (State Bar No. 208716)
LBohm@Bohmlaw.com
BOHM LAW GROUP
4600 Northgate Blvd Ste 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Fax: (916) 927-2046


Attorneys for Plaintiffs

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff John Bedwell and Defendant Amdocs, Inc. hereby submit the following Joint Status Report regarding the status of this case and the two related cases (*Anderson v. Amdocs*, Case No. 3:13-cv-03483-SI and *Zemitis v Amdocs*, Case No. 3:14-cv-03485-SI.)

1. The parties recently reached a resolution of the *Anderson* case and a Notice of Settlement was filed on October 10, 2014 (*See Anderson* Dkt. No. 10). In light of the notice of settlement, the Court issued an order dismissing the action without prejudice on October 15, 2014 (*See Anderson* Dkt. No. 11). The parties anticipate filing a stipulation to dismiss the action with prejudice within the next 30 days.

2. Counsel for the parties continue to discuss attempting to resolve both the instant *Bedwell* case and the related *Zemitis* case and the parties propose that that current Case Management Conferences in these matters (currently set for November 21, 2014) be continued or taken off calendar and that the parties file another Status Report on or before November 21, 2014 in which they may request that the matters be referred to the Hon. Kandis A. Westmore, Magistrate Judge, for a settlement conference or that the cases be set for a case management conference.

| | | |
|---|---|---|
| DATED: October 20, 2014 | | THOMPSON COBURN LLP |
| | | EPSTEIN BECKER & GREEN, P.C. |
| | By: | /s/ Laura M. Jordan |
| | | Laura M. Jordan |
| | | R. Nelson Williams |
| | | Michael S. Kun |
| | | Attorneys for Defendant |
| | | AMDOCS, INC. |
| DATED: October 20, 2014 | | SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP |
| | By: | /s/ Michael D. Seplow |
| | | V. James DeSimone |
| | | Michael D. Seplow |
| | | Attorneys for Plaintiff |
| | | JOHN BEDWELL |

```
The case management conference shall be continued to 12/19/14, at 3 p.m.
A joint case management conference statement is to be filed on or before
12/12/14.
```

GRANTED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

JOINT STATUS REPORT
- CASE NO. 3:13-CV-05565-SI